# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHRISTOPHER DEMETSENARE AND NIKKI DEMETSENARE,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　Defendant. | Case No.: 2:23-cv-11787<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Christopher Demetsenare and Nikki Demetsenare and Defendant Experian Information Solutions, Inc.("Experian"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice. There are no defendants remaining in this matter.

**IT IS SO ORDERED**

Dated: January 9, 2024

s/ Gershwin A. Drain  
HONORABLE GERSHWIN A. DRAIN  
UNITED STATES DISTRICT JUDGE

1

RESPECTFULLY SUBMITTED this 9th day of January 2024.

By: */s/ Michael J. Plati*
Michael J. Plati, AZ #16705
**CONSUMER ATTORNEYS**
8245 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1505
F: (718) 715-1750
E: mplati@consumerattorneys.com

Sylvia Bolos, MI Bar No. P78715
**CONSUMER ATTORNEYS**
8245 N 85th Way
Scottsdale, AZ 85258
T: (248) 406-6025
E: sbolos@consumerattorneys.com

Consumer Attorneys
22000 Michigan Avenue, Ste. 200
Dearborn, MI 48124

*Attorneys for Plaintiffs*
*Christopher and Nikki Demetsenare*


By: */s/ Parker J. Feldman*
Parker J. Feldman (P86403)
**JONES DAY**
150 W. Jefferson Ave., Suite 2100
Detroit, MI 48226
P: (313) 230-7976
F: (313) 230-7997
Pfeldman@jonesday.com

*Counsel for Defendant Experian*
*Information Solutions, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2024, I electronically filed the foregoing with the Clerk of the Court per the local rules for filing proposed Order under the utilities function and have emailed a copy to all attorneys off record

*/s/ Mari Cervantes*